IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| MORRIS MITCHELL and DENISE MCPHERSON MITCHELL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACTION NO.: 07-39 |
| AMERICAN SUZUKI MOTOR CORPORATION; et al., | ) ) ) |
| Defendants.. | ) ) ) |

RECEIVED
2007 MAY 14 P 1: 12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST

3:07cv418-MEF

## NOTICE OF FILING OF NOTICE OF REMOVAL

NOW COME American Suzuki Motor Corporation and Suzuki Manufacturing of America Corporation (together "Defendants") and hereby notify the parties in the above-styled action and the Clerk of the Circuit Court of Macon County, Alabama, in accordance with the provisions of 28 U.S.C. § 1446, of the filing of the Notice of Removal in the United States District Court for the Middle District of Alabama, Eastern Division, of the civil action styled as Morris Mitchell and Denise McPherson Mitchell v. American Suzuki Motor Corporation, et al. Civil Action File No. CV-07-39. A copy of the Notice of Removal is attached and hereby filed with the Clerk of the Circuit Court of Macon County, Alabama.

This 14th day of May, 2007.

_____
One of the Attorneys for Defendants,
American Suzuki Motor Corporation and Suzuki
Manufacturing of American Corporation

OF COUNSEL:
Jere F. White, Jr. (WHITJ1759)
S. Andrew Kelly (KELLS3760)
John D. Mayo (MAYOJ2469)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by first-class United States Mail, postage prepaid, on this 14 day of May 2007, upon the following:

    Michael G. Strickland, Esq.
    Blaine C. Stevens, Esq.
    Strickland & Kendall, LLC
    420 South Lawrence Street
    Montgomery, AL 36104

    Jock M. Smith, Esq.
    Brian P. Strength, Esq.
    Valerie R. Russell, Esq.
    Cochran, Cherry, Givens & Smith, P.C.
    PO Box 830419
    Tuskegee, AL 36083

Respectfully submitted,

_____
Of Counsel