IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MORRIS MITCHELL and DENISE
MCPHERSON MITCHELL,

    Plaintiffs,

v.

AMERICAN SUZUKI MOTOR
CORPORATION; et al.,

    Defendants.

CASE NO. 3:07 cv 418-MEF

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Defendant American Suzuki Motor Corporation ("ASMC") discloses that it is wholly owned by Suzuki Motor Corporation ("SMC").

Defendant Suzuki Manufacturing of America Corporation discloses that it is 80% owned by ASMC and 20% owned by SMC.

_____
One of the Attorneys for Defendants,
American Suzuki Motor Corporation and Suzuki
Manufacturing of American Corporation

OF COUNSEL:
Jere F. White, Jr. (WHITJ1759)
S. Andrew Kelly (KELLS3760)
John D. Mayo (MAYOJ2469)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by first-class United States Mail, postage prepaid, on this __14__ day of May 2007, upon the following:

>    Michael G. Strickland, Esq.
>    Blaine C. Stevens, Esq.
>    Strickland & Kendall, LLC
>    420 South Lawrence Street
>    Montgomery, AL 36104
>
>    Jock M. Smith, Esq.
>    Brian P. Strength, Esq.
>    Valerie R. Russell, Esq.
>    Cochran, Cherry, Givens & Smith, P.C.
>    PO Box 830419
>    Tuskegee, AL 36083

Respectfully submitted,

_____
Of Counsel

2