IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

RECEIVED

2007 MAY 14  P 1: 15

| | |
|---|---|
| MORRIS MITCHELL and DENISE MCPHERSON MITCHELL, | * * * |
| Plaintiffs, | * * |
| v. | Civil Action Number: |
| AMERICAN SUZUKI MOTOR CORPORATION; et al., | 3:07cv 418- MEF |
| Defendants. | |

## JOINDER IN NOTICE OF REMOVAL

The Defendant Extreme Powersports, Inc., with full reservation of all rights, claims, and defenses, hereby consents and joins in the removal of this cause by co-Defendants American Suzuki Motor Corporation and Suzuki Manufacturing of America Corporation from the Circuit Court of Macon County, Alabama to the United States District Court for the Middle District of Alabama, Eastern Division.

_____
Stanley A. Martin (MAR049)
S. Allen Martin, Jr. (MAR149)
Attorneys for Defendant
Extreme Powersports, Inc.

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served an exact copy of the foregoing upon the following counsel of record, by delivering a copy of same in the United States Mail, properly addressed with first class postage prepaid thereon.

Honorable Michael G. Strickland
Strickland & Kendall, LLC
420 South Lawrence Street
Montgomery, AL 36104

Honorable Brian P. Strength
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083

Honorable John Dickson Mayo
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200

Honorable Lindsey Brooke Erwin
Meacham, Earley & Fowler
5704 Veterans Pkwy
Columbus, GA 31904-9004

This 14th day of May, 2007.

_____
Stanley A. Martin
S. Allen Martin, Jr.