IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| MORRIS MITCHELL and DENISE MCPHERSON MITCHELL, | * * * | RECEIVED 2007 MAY 14 P 1:14 |
| Plaintiffs, | * * | |
| v. | * * | Civil Action Number: 3:07cv 418- MEF |
| AMERICAN SUZUKI MOTOR CORPORATION; et al., | * * * | |
| Defendants. | * | |

### DEFENDANT EXTREME POWERSPORTS, INC.'S ANSWER TO COMPLAINT

Comes now the Defendant Extreme Powersports, Inc. (hereinafter, the "Defendant") in the above-styled action and for Answer to the Complaint previously filed herein states as follows:

### FIRST DEFENSE

The Defendant pleads the general issue denying each and every allegation of the Complaint and demanding strict proof thereof.

### SECOND DEFENSE

The Defendant reserves the right to amend this Answer to assert affirmative or other defenses following additional investigation and discovery.

_____
Stanley A. Martin (MAR049)
S. Allen Martin, Jr. (MAR149)
Attorneys for Defendant
Extreme Powersports, Inc.

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 FAX
amartin@stanmartinlaw.com
smartin@stanmartinlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served an exact copy of the foregoing upon the following counsel of record, by delivering a copy of same in the United States Mail, properly addressed with first class postage prepaid thereon.

Honorable Michael G. Strickland
Strickland & Kendall, LLC
420 South Lawrence Street
Montgomery, AL 36104

Honorable Brian P. Strength
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083

Honorable John Dickson Mayo
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200

Honorable Lindsey Brooke Erwin
Meacham, Earley & Fowler
5704 Veterans Pkwy
Columbus, GA 31904-9004

This 14th day of May, 2007.

_____
Stanley A. Martin
S. Allen Martin, Jr.