# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
## MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MORRIS MITCHELL and DENISE MCPHERSON MITCHELL, | * |
| | * 2007 MAY 14  P 1: 14 |
| Plaintiffs, | * |
| | * EBRA P. HACKETT, CLK |
| | * U.S. DISTRICT |
| | * MIDDLE DIST.  Civil Action Number: |
| v. | * |
| | * 3:07cv 418 - MEF |
| AMERICAN SUZUKI MOTOR | * |
| CORPORATION; et al., | * |
| | * |
| Defendants. | * |

## DEFENDANT EXTREME POWERSPORTS, INC.'S
## MOTION FOR EXTENSION OF TIME TO MORE FULLY ANSWER THE
## PLAINTIFFS' COMPLAINT

Comes now the Defendant Extreme Powersports, Inc. (hereinafter, the "Defendant") in the above-styled action and moves the Court to grant it an extension of twenty (20) days to more fully answer the Plaintiffs' Complaint, and as grounds in support thereof states as follows:

1.     On the afternoon of May 11, 2007, the undersigned attorneys were retained by Auto-Owners Insurance Company to represent the Defendant in the above-referenced lawsuit.

2.     As of May 11, 2007, the Macon County, Alabama Circuit Clerk's Office was not showing service of the Summons and Complaint on the Defendant.  It is the undersigned attorneys' understanding that the Defendant received a copy of the Summons and Complaint via regular U.S. Mail, which would be improper service on the Defendant.

3.     However, the Defendant has agreed not to challenge service of process, so as not to delay this matter.

4.    Because of the date of service on co-Defendant Adams Motorsports, Inc., the Defendant's Joinder in Notice of Removal and Answer were due to be filed in the District Court of the United States for the Middle District of Alabama, Eastern Division, on May 14, 2007.

5.    The Defendant filed its Joinder in Notice of Removal, Corporate Disclosure Statement, and Answer on May 14, 2007.

6.    However, the undersigned attorneys cannot file a complete Answer to the Plaintiffs' Complaint until they have had time to meet with their client.    Therefore, the Defendant respectfully requests that this Court grant it an additional twenty (20) days to more fully respond to the Plaintiffs' Complaint, which would include a response to each paragraph of the Complaint and would include any applicable affirmative defenses.

_____
Stanley A. Martin (MAR049)
S. Allen Martin, Jr. (MAR149)
Attorneys for Defendant
Extreme Powersports, Inc.

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 FAX
amartin@stanmartinlaw.com
smartin@stanmartinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served an exact copy of the foregoing upon the following counsel of record, by delivering a copy of same in the United States Mail, properly addressed with first class postage prepaid thereon.

Honorable Michael G. Strickland
Strickland & Kendall, LLC
420 South Lawrence Street
Montgomery, AL 36104

Honorable Brian P. Strength
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083

Honorable John Dickson Mayo
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200

Honorable Lindsey Brooke Erwin
Meacham, Earley & Fowler
5704 Veterans Pkwy
Columbus, GA 31904-9004

This 14th day of May, 2007.

_____
Stanley A. Martin
S. Allen Martin, Jr.

3