IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MORRIS MITCHELL and DENISE MCPHERSON MITCHELL, | * * * |
| Plaintiffs, | * |
| v. | * Civil Action Number: |
| AMERICAN SUZUKI MOTOR CORPORATION; et al., | * 3:07cv418-MEF * * |
| Defendants. | * |

## CORPORATE DISCLOSURE STATEMENT OF EXTREME POWERSPORTS, INC.

In accordance with the Order of this Court and pursuant to Rule 7.1 of the FEDERAL RULES OF CIVIL PROCEDURE, Extreme Powersports, Inc. does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. Extreme Powersports, Inc. certifies that it is a privately held Georgia corporation. Extreme Powersports, Inc. does not have any parent companies, nor is it a subsidiary or affiliate of a publicly-owned corporation.

_____
Stanley A. Martin (MAR049)
S. Allen Martin, Jr. (MAR149)
Attorneys for Defendant
Extreme Powersports, Inc.

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 FAX
amartin@stanmartinlaw.com
smartin@stanmartinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served an exact copy of the foregoing upon the following counsel of record, by delivering a copy of same in the United States Mail, properly addressed with first class postage prepaid thereon.

Honorable Michael G. Strickland
Strickland & Kendall, LLC
420 South Lawrence Street
Montgomery, AL 36104


Honorable Brian P. Strength
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083


Honorable John Dickson Mayo
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200


Honorable Lindsey Brooke Erwin
Meacham, Earley & Fowler
5704 Veterans Pkwy
Columbus, GA 31904-9004


This 14th day of May, 2007.

_____
Stanley A. Martin
S. Allen Martin, Jr.