IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 MAY 14 P 1:16

| | |
|---|---|
| MORRIS MITCHELL and ) | |
| DENISE MCPHERSON MITCHELL ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| VS. ) | Civil Action No. 3:07cv418-MEF |
| ) | |
| AMERICAN SUZUKI MOTOR ) | |
| CORPORATION; et al ) | |
| ) | |
| Defendants ) | |

**CONSENT FOR REMOVAL**

COMES NOW, Defendant Goldcar Lending, Inc., by and through counsel, and consents and joins in the removal of the above titled action by co-defendants American Suzuki Motor Corporation and Suzuki Manufacturing of America Corporation to the United States District Court for the Middle District of Alabama, Eastern Division, from the Circuit Court of Macon County, Alabama.

Respectfully submitted this 14th day of May, 2007.

MEACHAM EARLEY & FOWLER, P.C.

Lindsay B. Erwin, ERW005
Attorney for the Defendant, Goldcar Lending, Inc.

5704 Veterans Parkway
Columbus, GA 31904
Telephone: (706) 576 4064
Fax: (706) 596 0621

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael G. Strickland and
Blaine C. Stevens
Strickland & Kendall, LLC
P.O. Box 99
Montgomery, AL 36101

Jock Smith, Brian Strength and
Valerie Russell
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083-0419

And I hereby certify that i have mailed by United States Postal Service this document to the following non-CM/ECF participants (if applicable):

Michael G. Strickland and
Blaine C. Stevens
Strickland & Kendall, LLC
P.O. Box 99
Montgomery, AL 36101

Jock Smith, Brian Strength and
Valerie Russell
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083-0419

MEACHAM EARLEY & FOWLER, P.C.

/s/ Lindsay B. Erwin
Lindsay B. Erwin, ERW005
Attorney for the Defendant Goldcar Lending, Inc.

5704 Veterans Parkway
Columbus, GA 31904
Telephone: (706) 576 4064
Fax: (706) 596 0621

10