IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS MITCHELL and <br> DENISE MCPHERSON MITCHELL <br><br> Plaintiffs <br><br> VS. <br><br> AMERICAN SUZUKI MOTOR <br> CORPORATION; et al <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.: 3:07cv418-MEF |

## DEFENSES AND ANSWERS

Comes now, Defendant Goldcar Lending, Inc. (hereinafter referred to as "Goldcar"), and files its Answer to Plaintiffs' Complaint as follows:

### FIRST DEFENSE

The Defendant moves this Court to dismiss the Complaint for failure to state a claim or cause of action upon which relief could be granted.

### SECOND DEFENSE

The Defendant pleads the general issue and states that it is not guilty of the matters and things alleged in the Complaint.

### THIRD DEFENSE

The Defendant states that at the time of the Plaintiffs' injury, he was guilty of negligence which caused or contributed to cause his injuries.

### FOURTH DEFENSE

The Defendant states that the Plaintiff assumed the risk of his injuries.

### ANSWER

For answer to each paragraph of Plaintiffs' Complaint, Defendant state as follows:

1. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 1 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

2. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 2 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

3. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 3 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

4. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 4 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

5. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 5 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

6. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 6 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

7. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 7 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

8. Defendant, "Goldcar," admits the allegations contained in Paragraph 8 of Plaintiffs' Complaint.

9. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 9 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

10. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 10 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

11. This paragraph does not require a substantive response by the Defendant. However, for the purposes of clarity, the Defendant reasserts its denial of all previous allegations that have been pled.

12. Defendant admits the allegations contained in Paragraph 12 of Plaintiffs' Complaint.

13. Defendant admits the allegations contained in Paragraph 13 of Plaintiffs' Complaint.

14. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 14 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

15. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 15 of Plaintiffs' Complaint and therefore denies the allegations, and demand strict proof thereof.

16. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 16 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

17. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 17 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

18. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 18 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

19. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 18 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

20. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 20 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

21. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 21 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

22. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 22 of Plaintiffs' Complaint and therefore denies the allegations, and demand strict proof thereof.

23. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 23 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

24. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 24 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

25. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 25 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

26. Defendant denies the allegations contained in Paragraph 26 of Plaintiffs' Complaint and demands strict proof thereof.

27. Defendant denies the allegations contained in Paragraph 27 of Plaintiffs' Complaint and demands strict proof thereof.

28. Defendant denies the allegations contained in Paragraph 28 of Plaintiffs' Complaint and demands strict proof thereof.

29. Defendant denies the allegations contained in Paragraph 29 of Plaintiffs' Complaint and demands strict proof thereof.

30. Defendant denies the allegations contained in Paragraph 30 of Plaintiffs' Complaint and demands strict proof thereof.

## COUNT ONE
## ALABAMA EXTENDED MANUFACTURER'S LIABILITY DOCTRINE

31. This paragraph does not require substantive response by the Defendant. However, for the purposes of clarity, the Defendant reasserts its denial of all previous allegations that have been pled.

32. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 32 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

33. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 33 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

34. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 34 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

35. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 35 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

36. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 36 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

37. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 37 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

38. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 38 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

39. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 39 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

40. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 40 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

41. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 24 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

## COUNT TWO
## CLAIM UNDER AEMLD

42. This paragraph does not require substantive response by the Defendant. However, for the purposes of clarity, the Defendant reasserts its denial of all previous allegations that have been pled.

43. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 43 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

44. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 44 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

45. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 45 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

46. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 46 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

47. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 47 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

48. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 48 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

49. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 49 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

50. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 50 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

51. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 51 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

52. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 52 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

53. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 53 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

## COUNT THREE
## NEGLIGENCE

54. This paragraph does not require substantive response by the Defendant. However, for the purposes of clarity, the Defendant reasserts its denial of all previous allegations that have been pled.

55. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 55 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

56. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 56 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

## COUNT FOUR
## WANTONESS

57. This paragraph does not require substantive response by the Defendant. However, for the purposes of clarity, the Defendant reasserts its denial of all previous allegations that have been pled.

58. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 58 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

59. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 59 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

## COUNT FIVE
## WRONGFUL REPOSSESION, BREACH OF THE PEACE AND TRESPASS

60. This paragraph does not require substantive response by the Defendant. However, for the purposes of clarity, the Defendant reasserts its denial of all previous allegations that have been pled.

61. Defendant denies the allegations contained in Paragraph 61 of Plaintiffs' Complaint and demands strict proof thereof.

62. Defendant denies the allegations contained in Paragraph 62 of Plaintiffs' Complaint and demands strict proof thereof.

63. Defendant denies the allegations contained in Paragraph 63 of Plaintiffs' Complaint and demands strict proof thereof.

## COUNT SIX
## THEFT OF PROPERTY

64. This paragraph does not require substantive response by the Defendant. However, for the purposes of clarity, the Defendant reasserts its denial of all previous allegations that have been pled.

65. Defendant denies the allegations contained in Paragraph 65 of Plaintiffs' Complaint and demands strict proof thereof.

66. Defendant denies the allegations contained in Paragraph 66 of Plaintiffs' Complaint and demands strict proof thereof.

## COUNT SEVEN
## SPOLIATION OF EVIDENCE

67. This paragraph does not require substantive response by the Defendant. However, for the purposes of clarity, the Defendant reasserts its denial of all previous allegations that have been pled.

68. Defendant denies the allegations contained in Paragraph 68 of Plaintiffs' Complaint and demands strict proof thereof.

69. Defendant denies the allegations contained in Paragraph 69 of Plaintiffs' Complaint and demands strict proof thereof.

70. Defendant denies the allegations contained in Paragraph 70 of Plaintiffs' Complaint and demands strict proof thereof.

71. Defendant denies the allegations contained in Paragraph 71 of Plaintiffs' Complaint and demands strict proof thereof.

72. Defendant denies the allegations contained in Paragraph 72 of Plaintiffs' Complaint and demands strict proof thereof.

73. Defendant denies the allegations contained in Paragraph 73 of Plaintiffs' Complaint and demands strict proof thereof.

## COUNT EIGHT
## LOSS OF CONSORTIUM

74. This paragraph does not require substantive response by the Defendant. However, for the purposes of clarity, the Defendant reasserts its denial of all previous allegations that have been pled.

75. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 75 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

76. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 76 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

77. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 77 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

78. Defendant is without sufficient knowledge, information or belief to admit or deny the allegations contained in Paragraph 78 of Plaintiffs' Complaint and therefore denies the allegations, and demands strict proof thereof.

79. Defendant denies the allegations contained in Paragraph 79 of Plaintiffs' Complaint and demands strict proof thereof.

80. Defendant denies the allegations contained in Paragraph 80 of Plaintiffs' Complaint and demand strict proof thereof.

WHEREFORE, having fully answered the allegations contained in Plaintiffs' Complaint, Goldcar respectfully requests of this Honorable Court as follows:

a) That this Answer be accepted and filed with the Court;

b) That Defendant have judgment against the Plaintiffs with all costs, fees and expenses taxed to the Plaintiffs for there being a lack of cause of action in said Plaintiffs' Complaint;

c) That Plaintiffs' claims against the Defendant be denied in their entirety; and

d) For such other and further relief that this Honorable Court may deem just and proper in the circumstances.

Respectfully submitted this 14th day of May, 2007.

MEACHAM EARLEY & FOWLER, P.C.

*/s/ Lindsay B. Erwin*

Lindsay B. Erwin, ERW005
Attorney for the Goldcar Lending, Inc.

5704 Veterans Parkway
Columbus, GA 31904
Telephone: (706) 576 4064
Fax: (706) 596 0621

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael G. Strickland and
Blaine C. Stevens
Strickland & Kendall, LLC
P.O. Box 99
Montgomery, AL 36101

Jock Smith, Brian Strength and
Valerie Russell
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083-0419

And I hereby certify that i have mailed by United States Postal Service this document to the following non-CM/ECF participants (if applicable):

Michael G. Strickland and
Blaine C. Stevens
Strickland & Kendall, LLC
P.O. Box 99
Montgomery, AL 36101

Jock Smith, Brian Strength and
Valerie Russell
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083-0419

MEACHAM EARLEY & FOWLER, P.C.

/s/ Lindsay B. Erwin
Lindsay B. Erwin, ERW005
Attorney for the Defendant Goldcar Lending, Inc.

5704 Veterans Parkway
Columbus, GA 31904
Telephone: (706) 576 4064
Fax: (706) 596 0621