IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS MITCHELL and<br>DENISE McPHERSON MITCHELL,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN SUZUKI MOTOR<br>CORPORATION; et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:07-cv-418-MEF<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT BY ADAMS MOTORSPORTS TO REMOVAL

COMES NOW the defendant, Adams Motorsports, Inc., (hereinafter called "Adams") and consents to the removal of this cause.

Adams would affirmatively show unto the Court that, while it is a corporation organized under the laws of the State of Alabama with its principal place of business in Alabama, it has been fraudulently joined as a defendant herein and its citizenship is due to be disregarded for purposes of determining diversity between the parties.

BALL, BALL, MATTHEWS & NOVAK, P.A.

/s/ Tabor R. Novak, Jr.
NOVA9503
Attorney for Defendant Adams Motorsports, Inc.

2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: 334/387-7680
Telecopier: 334/387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lindsay B. Erwin, Esq.
Meacham, Earley & Jones, P.C.
P. O. Box 9031
Columbus, Georgia 31908-9031

John D. Mayo, Esq.
Jere F. White, Jr., Esq.
S. Andrew Kelly, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200

Michael G. Strickland, Esq.
Blaine C. Stevens, Esq.
Strickland & Kendall, LLC
420 South Lawrence Street
Montgomery, Alabama 36104

Jock M. Smith, Esq.
Brian P. Strength, Esq.
Valerie R. Russell, Esq.
Cochran, Cherry, Givens & Smith, P.C.
P. O. Box 830419
Tuskegee, Alabama 36083

S. Allen Martin, Jr., Esq.
400 Second Avenue
P. O. Box 2526
Opelika, Alabama 36803-2526

/s/ Tabor R. Novak, Jr.
OF COUNSEL