IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MORRIS MITCHELL and ) | | |
| DENISE MCPHERSON MITCHELL ) | | |
| ) | | |
| Plaintiffs ) | | |
| ) | | |
| VS. ) | Civil Action No. 3:07cv418-MEF | |
| ) | | |
| AMERICAN SUZUKI MOTOR ) | | |
| CORPORATION; et al ) | | |
| ) | | |
| Defendants ) | | |

**CORPORATE DISCLOSURE STATEMENT OF GOLD CAR LENDING, INC.**

In accordance with the Order of this Court and pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure,* Gold Car Lending, Inc. does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, join ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. Gold Car Lending, Inc. certifies that it is a privately held Georgia corporation. Gold Car Lending, Inc. does not have any parent companies, nor is it a subsidiary or affiliate of a publicly- owned corporation.

Respectfully submitted this 16th day of May, 2007.

                                        MEACHAM EARLY & FOWLER, P.C.

                                        */s/ Lindsay B. Erwin*
                                        Lindsay B. Erwin, ERW005
                                        Attorney for the Defendant, Gold Car Lending, Inc.

5704 Veterans Parkway
Columbus, GA 31904
Telephone: (706) 576 4064
Fax: (706) 596 0621

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 16th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael G. Strickland and
Blaine C. Stevens
Strickland & Kendall, LLC
P.O. Box 99
Montgomery, AL 36101

John Dickson Mayo
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203

Jock Smith, Brian Strength and
Valerie Russell
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083-0419

S. Allen Martin, Jr.
P.O. Box 2526
Opelika, Alabama 36803-2526

Tabor R. Novak, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36102-2148


            MEACHAM EARLEY & FOWLER, P.C.


            _____/s/ Lindsay B. Erwin_____
            Lindsay B. Erwin, ERW005
            Attorney for the Defendant Gold Car Lending, Inc.

5704 Veterans Parkway
Columbus, GA 31904
Telephone: (706) 576 4064
Fax: (706) 596 0621