IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS MITCHELL and<br>DENISE McPHERSON MITCHELL,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN SUZUKI MOTOR<br>CORPORATION; et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:07-cv-418-MEF<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT OF
## ADAMS MOTORSPORTS, INC.

COMES NOW Adams Motorsports, Inc., and makes the following disclosure reportable under the provisions of General Order Number 3047 of the Middle District of Alabama:

Adams Motorsports, Inc. is a privately held corporation organized under the laws of the State of Alabama with its principal place of business in Alabama. Adams Motorsports, Inc. does not have any parent companies or other related corporate entities, nor is it a subsidiary or affiliate of any publicly held corporation.

BALL, BALL, MATTHEWS & NOVAK, P.A.


/s/ Tabor R. Novak, Jr.
NOVA9503
Attorney for Defendant Adams
Motorsports, Inc.

2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: 334/387-7680
Telecopier: 334/387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lindsay B. Erwin, Esq.
Meacham, Earley & Jones, P.C.
P. O. Box 9031
Columbus, Georgia 31908-9031

John D. Mayo, Esq.
Jere F. White, Jr., Esq.
S. Andrew Kelly, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200

Michael G. Strickland, Esq.
Blaine C. Stevens, Esq.
Strickland & Kendall, LLC
420 South Lawrence Street
Montgomery, Alabama 36104

Jock M. Smith, Esq.
Brian P. Strength, Esq.
Valerie R. Russell, Esq.
Cochran, Cherry, Givens & Smith, P.C.
P. O. Box 830419
Tuskegee, Alabama 36083

S. Allen Martin, Jr., Esq.
400 Second Avenue
P. O. Box 2526
Opelika, Alabama 36803-2526

/s/ Tabor R. Novak, Jr.
OF COUNSEL