IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS MITCHELL, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 3:07-cv-418-MEF |
| | ) |
| AMERICAN SUZUKI MOTOR | ) |
| CORPORATION, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion for Extension of Time to More Fully Answer the Plaintiffs' Complaint (Doc. #8) filed on May 14, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 16th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE