IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS MITCHELL, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | ) CASE NO. 3:07-cv-418-MEF |
| | ) |
| AMERICAN SUZUKI MOTOR | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss, or in the Alternative, for Judgment on the Pleadings (Doc. #13) filed on May 15, 2007, it is hereby ORDERED:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before May 31, 2007.

2. The defendant may file a reply brief on or before June 7, 2007.

DONE this 17th day of May, 2007.

                                              /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE