IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS MITCHELL, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 3:07-cv-418-MEF |
| | ) |
| AMERICAN SUZUKI MOTOR | ) |
| CORPORATION, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #20) filed on May 30, 2007, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before June 15, 2007. The plaintiffs may file a reply brief on or before June 22, 2007.

DONE this 1st day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE