IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS MITCHELL and<br>DENISE McPHERSON MITCHELL,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN SUZUKI MOTOR<br>CORPORATION; et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 3:07-cv-418-MEF<br>)<br>)<br>)<br>)<br>)<br>) |

### RESPONSE BY ADAMS TO PLAINTIFFS' MOTION TO REMAND

COMES NOW the defendant, Adams Motorsports, Inc. (hereinafter called "Adams") and in Response to the Plaintiffs' Motion to Remand makes its Response by Joinder and Supplemental Submission:

#### A. Preliminary Statement and Joinder

American Suzuki Motor Corporation ("ASMC") and Suzuki Manufacturing of America Corporation ("SMAC") have filed their Response to the Plaintiffs' Motion to Remand. Their Response accurately sets out the procedural posture of this case and articulates the reasoning and authorities upon which this Court should base its finding that Adams has been fraudulently joined in this matter and is due to be dismissed. Adams joins in the Response made by ASMC and SMAC and adopts and incorporates that Response as if herein set out in full.

## B. ADDITIONAL RESPONSE

1.  As a supplement to the evidentiary submission made by Adams in support of its Motion to Dismiss or in the Alternative for Judgment on the Pleadings (Doc. 13), Adams submits an additional Affidavit from Terry Adams dated June 7, 2007 with Exhibits "A" and "B" attached thereto.

2.  The only allegations of the Complaint which could conceivably relate to Adams are the Negligent Failure to Warn or Recall allegations fully addressed in Section A. of the ASMC/SMAC Response. Those claims are wholly unsupported by fact as pointed out in the ASMC/SMAC Response. They need not be restated by Adams.

3.  As noted by ASMC/SMAC, there is no claim for negligent inspection against Adams set out in the Complaint. Rather the claims sounding in negligence are that the defendants "...negligently designed, manufactured, sold and failed to warn or recall..." (Complaint ¶55). The claims in the Complaint have been effectively negated and cannot be expanded by the Motion to Remand to include a negligent inspection claim for the reasons set out in Section B. of the ASMC/SMAC Response.

4.  If this Court were to consider the negligent inspection claim, it is worth noting that the Plaintiffs completely ignore their burden of proving: a duty from Adams lying in their favor; the scope of that duty; a breach of that duty; and injury as a proximate consequence thereof. *Haddock v Multivac, Inc.* 703 So. 2d 969,972 (Al. Civ. App.1996). Rather the Plaintiffs offer this Court these irrelevant arguments which provide no basis for remand:

"...Adams had **substantial contacts** with the Plaintiff in this case..." (This is not the question before the Court)

"...Adams had the clear **opportunity** to inspect..." (Opportunity and duty are not synonymous)

"... it would not be unreasonable for Adams to be **held to jurisdiction in state court...**" (There is no jurisdictional defense asserted by Adams as a basis for its pending Motion to Dismiss and the removal issues before the Court).

5.  There is no possibility that the Plaintiffs can establish any cause of action set out in the Complaint against Adams. Adams is due dismissal or Judgment on the Pleadings.

BALL, BALL, MATTHEWS & NOVAK, P.A.

/s/ Tabor R. Novak, Jr.
NOVA9503
Attorney for Defendant Adams
Motorsports, Inc.

2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: 334/387-7680
Telecopier: 334/387-3222

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lindsay B. Erwin, Esq.
Meacham, Earley & Jones, P.C.
P. O. Box 9031
Columbus, Georgia 31908-9031

John D. Mayo, Esq.
Jere F. White, Jr., Esq.
S. Andrew Kelly, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200

Michael G. Strickland, Esq.
Blaine C. Stevens, Esq.
Strickland & Kendall, LLC
420 South Lawrence Street
Montgomery, Alabama 36104

Jock M. Smith, Esq.
Brian P. Strength, Esq.
Valerie R. Russell, Esq.
Cochran, Cherry, Givens & Smith, P.C.
P. O. Box 830419
Tuskegee, Alabama 36083

Stanley A. Martin, Esq.
S. Allen Martin, Jr., Esq.
400 Second Avenue
P. O. Box 2526
Opelika, Alabama 36803-2526

/s/ Tabor R. Novak, Jr.
OF COUNSEL

## AFFIDAVIT

STATE OF ALABAMA          )

COUNTY OF MONTGOMERY   )

BEFORE ME the undersigned authority personally appeared Terry Adams, who being first duly sworn did state and depose:

I am Terry Adams. I am over the age of 21 and I make this Affidavit on my own personal knowledge and based upon information contained in reliable records maintained in the ordinary course of business by Adams Motorsports, Inc. (herein sometimes called "Adams") I am the Vice-President and Treasurer of Adams.

At the request of the attorneys for Adams I have reviewed the affidavit made by Morris Mitchell, and the Motion to Remand filed on his behalf.

On September 2, 2005, Morris Mitchell brought his Four-wheeler to the Adams Service Department. Attached as Exhibit "A" is a true and correct copy of the front and back of the work order for Mr. Mitchell's Four-Wheeler. The description of the work than Mr. Mitchell wanted Adams to perform was "Wreck estimate". To insure that there is no misunderstanding between Adams and its customers, Adams requires the customer to sign the work order to confirm the customer understands exactly what service Adams is expected to perform. Mr. Mitchell signed the work order confirming the work to be performed.

The service department examined the Four-wheeler and determined that the frame was bent and would require extensive repairs. The work order indicates that the

service technician left Mr. Mitchell a message about his findings on September 2nd at 12:45 (see Tech Notes on Exhibit "A")

On September 22, 2005 Mr. Mitchell returned to Adams. He was presented with the Repair Order Invoice attached as Exhibit "B" which he signed. The Repair Order Invoice described the Resolution for the Four-Wheeler condition to be: FRAME IS BENT. WILL NEED TO BE REPLACED TO CORRECT DAMAGE." The estimated cost to repair the damage to the Four-wheeler was $2583.70. Mr. Mitchell would not permit Adams to perform the repairs. The only charge to Mr. Mitchell was $60.00 which was the cost of performing the estimate.

It is the policy of Adams to perform any recalls when Adams has a unit affected by a recall in its service department. Had there been a recall that affected Mr. Mitchell's Four Wheeler when it was in Adams' Service Department in September, 2005, it would have been performed at no cost to him.

The 2005 Suzuki Four-wheeler described in the Complaint was never the subject of a recall bulletin that related to the front tie rod. It was not among the units which were the subject of the fuel tank recall referred to in the Plaintiff's Motion to Remand. That Recall applied to a limited number of Suzuki Models sold between August 2, 2004 and August 26, 2004 which were manufactured in Rome, Georgia.

There is nothing that Adams did or failed to do which could have contributed in any manner to the accident described in the complaint. The Four-wheeler was at Adams on one occasion only. It came in to Adams in a damaged condition and left in exactly the same condition.

I am familiar with the duties of a dealership such as Adams when presented with a unit, such as that of Mr. Mitchell, for a "Wreck Estimate". Adams fully performed its duties and responsibilities in its dealings with Mr. Mitchell.

_____
TERRY ADAMS

SWORN TO and SUBSCRIBED before me this 7th day of June, 2007.

_____
NOTARY PUBLIC

Commission expires: 01/31/2011

# Adams Motorsports
### Kawasaki Suzuki Polaris KTM
528 Northeast Blvd. • Montgomery, Alabama 36117
(334) 271-5500 • (334) 271-5679 Fax

**CHECK LIST**

- Change oil & filter (4-strokes)
- Top off oil (2-strokes)
- Check valve clearance
- Service/change air filter(s)
- Service and test battery
- Test/top off coolant
- Top off/changes transmission fluid
- Set tire pressure, check tread wear
- Top off major nuts and bolts
- Top off/inspect brake fluid
- Check brake hoses/cables
- Check brake free play
- Check brake wear
- Adjust brakes
- Adjust throttle cable/E.T.C. switch
- Adjust, lube drive chain
- Check or adjust final drive fluid
- Check/change sparkplugs
- Adjust idle
- Lubricate throttle cable
- Grease and lubricate unit
- Check radiator
- Check steering
- Check/align lights and turn signals
- Test ride
- Note needed repairs

**OPTIONAL SERVICE AT EXTRA CHARGE:**
- Synchronize carbs
- Clean muffler diffuser
- Change fork oil
- Replace coolant
- Replace brake fluid
- Replace clutch fluid
- True rims
- Balance Tires
- Change suspension settings
- Pack bearings

**RECOMMENDED REPAIRS**

PICK UP DATE
CALL DATE
KAW/POL NC         VISA   AMEX
PAID BY  CASH  CHECK  OTHER  CREDIT CARD
LEFT MSG

**TECH NOTES**

**NAME** Morris McTeah
**ADDRESS** 124 Square Rd
**CITY** Shorter **STATE** Ala **ZIP** 36075
**HOME PHONE** 657-7335
**WORK PHONE** 273-4457

**CUST ORDER #** 0029
**YEAR** 2005  **MAKE** Suzuki  **MODEL** 
**VIN #** JSAAKULA577106130
**LICENSE NO.**  **MILEAGE** 106  **COLOR** Yellow
**DATE OF PURCHASE** 9/9/05

**DESCRIPTION OF WORK TO BE PERFORMED**

Wreck estimate

After notification of completed repairs, any additional repairs will be customer's responsibility.
Initial: _____

☐ MANUFACTURER WARRANTY
☐ EXTENDED WARRANTY

LABOR RATE $60 / hour · Minimum is 1 hour

I hereby authorize the above repair work to be done along with the necessary material, and the say, you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above motorcycle to secure the amount of repairs thereto.

NOTICE:
A storage fee of $15.00 per day will be charged if vehicle is not picked up within 7 days after notification of completion. No responsibility for loss or damage to vehicles or articles left in vehicles in case of fire, theft or any other cause beyond our control.

X _Morris McTeah_

| | AMOUNT |
|---|---|
| TOTAL LABOR | |
| TOTAL PARTS | |
| ACCESSORIES | |
| GAS, OIL & GREASE | |
| PICK-UP | |
| OUTSIDE REPAIRS | |
| SHOP SUPPLIES or ENVIRO. CHARGES | |
| % TAX | |
| **TOTAL AMOUNT** | |

DATE IN 9/9/05

The limited warranties applying to the parts listed hereon are those which may be offered by the manufacturer. We hereby expressly disclaim all warranties, either expressed or implied warranties of the merchantability or fitness for a particular and neither assume, nor authorize any other person to assume for the company any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from the company any consequential damages, to property, damages for loss of time, loss of profits or income, or any other incidental damages.

Resolution: Needs Frame & Possibly A-Arms.

```
                    ADAMS MOTORSPORTS
                    528 North Eastern Blvd
                    Montgomery, AL  36117-
                        (334) 271-5500

                    SERVICE REPAIR ORDER
                    Repair Order # 9900009927


R O for MITCHELL, MORRIS (6577335)           Date Printed  9/ 3/05
    124 SPRUCE STREET                        Date In       9/ 2/05
    SHORTER, AL  36075-                      Promised      0/ 0/ 0
    Home Phone 657-7335    Work 273-9457

Yr Make    Model     Color  Class Plate #   VIN                    Key Board# Hrs/Odom
05 SUZUKI  EIGER     YELLOW                 52AAK46A657101180                 106
---------------------------------------------------------------------------------------
Job: WRECK ESTIMATE
Yr: 05  Make: SUZUKI  Model: EIGER  Color: YELLOW  Class:

         Part #/Labor Code  Description         Src Cat Tech Hrs/Qty    Total
    Labor                                            TB       1.00      60.00
    Resolution
    1. FRAME IS BENT WILL NEED FRAME REPLACED TO CORRECT DAMAGE.
       EST. FOR REPAIR IS $2583.70
    Job Subtotal $    60.00
---------------------------------------------------------------------------------------
  Job         Parts      Labor     Sublet     Other
Breakdown ->    .00      60.00       .00       .00      Total of all Jobs     60.00

    THANK YOU VERY MUCH FOR YOUR BUSINESS.....      Before Tax Total         60.00
                                                    Sales Tax                  .00
    HAVE A GREAT DAY AND PLEASE COME BACK TO SEE US.......
                                                    Repair Order Total       60.00
```

DEFENDANT'S EXHIBIT B