IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS MITCHELL and DENISE MCPHERSON MITCHELL,<br><br>       Plaintiffs,<br><br>v.<br><br>AMERICAN SUZUKI MOTOR CORPORATION; et al.,<br><br>       Defendants. | CIVIL ACTION NO.: 3:07-CV-418-MEF |

**CONSENT FOR REMOVAL**

COMES NOW, Defendant Suzuki Motor Corporation ("SMC"), by and through counsel, and consents and joins in the Removal of the above-titled action by co-defendants American Suzuki Motor Corporation and Suzuki Manufacturing of America Corporation to the United States District Court for the Middle District of Alabama, Eastern Division, from the Circuit Court of Macon County, Alabama.

SMC will file an answer to the Complaint with in the time allowed under the Federal Rules of Civil Procedure.

This 21st day of June, 2007.

/s/ John D. Mayo
One of the Attorneys for Defendant Suzuki Motor Corporation

OF COUNSEL:
Jere F. White, Jr. (WHITJ1759)
S. Andrew Kelly (KELLS3760)
John D. Mayo (MAYOJ2469)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of June 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Michael G. Strickland, Esq.
    Blaine C. Stevens, Esq.
    Strickland & Kendall, LLC
    420 South Lawrence Street
    Montgomery, AL  36104

    Jock M. Smith, Esq.
    Brian P. Strength, Esq.
    Valerie R. Russell, Esq.
    Cochran, Cherry, Givens & Smith, P.C.
    PO Box 830419
    Tuskegee, AL 36083

    Stanley A Martin
    S. Allen Martin Jr.
    P.O. Box 2526
    Opelika, AL 36803

    Lindsay B. Erwin
    Meachem, Earley and Fowler, P.C.
    5704 Veterans Parkway
    Columbus, GA 31904

    Tabor R. Novak, Jr.
    Ball, Ball, Mathews & Novak, P.A.

P.O. box 2148
Montgomery, AL 36102

/s/ John D. Mayo
Of Counsel