IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MORRIS MITCHELL and DENISE MCPHERSON MITCHELL, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CASE NO. 3:07-CV-418-MEF |
| AMERICAN SUZUKI MOTOR CORPORATION; et al., | ) ) ) ) | |
| Defendants. | | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Defendant Suzuki Motor Corporation ("SMC") is a publicly held corporation. No publicly traded corporation has a 10% or more ownership interest in the stock of SMC. The following companies are affiliates or subsidiaries of SMC:

| As of March 31, 2007 SMC Subsidiaries located outside of Japan |
|---|
| Suzuki France S.A.S. |
| Suzuki Italia S.P.A. |
| Suzuki International Europe GmbH |
| Suzuki Motor Espana, S.A. |
| Suzuki Motor Iberica, S.A. |
| Suzuki Madrid S.L.U. |
| Suzuki Logistic Service, S.L. |
| Suzuki Austria Automobil Handels Gesellschaft m.b.H. |
| Suzuki Motor Poland Ltd. |
| Suzuki GB PLC |

| |
|---|
| Suzuki Cars (Ireland) Ltd. |
| Magyar Suzuki Corporation Private Limited Company by Shares |
| Suzuki Sport Europe Trading, Manufacturing, Servicing and Consulting Limited Liability Company |
| Suzuki Finance Europe B.V. |
| Ökröshegy Estate 2004. Kft. |
| American Suzuki Motor Corporation |
| Suzuki Manufacturing of America Corporation |
| Suzuki Canada Inc. |
| Maruti Udyog Limited |
| Maruti Insurance Brokers Ltd. |
| True Value Solutions Ltd. |
| Maruti Insurance Distribution Service Ltd. |
| Maruti Insurance Agencies Network Ltd. |
| Maruti Insurance Agencies Solutions Ltd. |
| Maruti Insurance Agencies Services Ltd. |
| Suzuki Power Train India Ltd. |
| China R&D Center |
| Suzuki Philippines Inc. |
| Suzuki Motorcycle Malaysia SDN. BHD. |
| Suzuki Assemblers Malaysia SDN. BHD. |
| Otomotif Malaysia Sendirian Berhad |
| Lion Suzuki Marketing SDN. BHD. |
| Hicom – Suzuki Manufacturing Malaysia SDN. BHD. |
| Suzuki Motorcycles Pakistan Limited |
| Pak Suzuki Motor Co., Ltd. |
| Thai Suzuki Motor Co., Ltd. |
| Suzuki Automobile (Thailand) Co., Ltd. |
| Suzuki Motor R&D Asia Co., Ltd. |
| Myanmar Suzuki Motor Co., Ltd. |
| Cambodia Suzuki Motor Co., Ltd. |
| P.T. Indomobil Suzuki International |
| PT Indomobil Niaga International |
| PT Buana Indomobil Trada |
| PT Indojakarta Motor Gemilang |
| PT Indo Sunmotor Gemilang |
| PT Indosolo Motor Gemilang |
| PT Indomadiun Wijaya Motor |
| PT Handijaya Buana Trada |
| PT Sumberbaru Sentral Mobil |
| PT Buanamobil Sentral Trada |
| PT Sunindo Varia Motor Gemilang |
| PT Sunmotor Indosentra Trada |
| PT Buana Alexander Trada |
| PT Sunmotor Buana Trada |

| |
|---|
| PT United Indo Bali |
| PT Intido Wahana Gemilang |
| PT Indocar Tatabody |
| Suzuki Motor (China) Investment Co., Ltd. |
| Suzuki Motorcycle India Private Limited |
| Suzuki Australia PTY. Ltd. |
| Suzuki New Zealand Ltd. |
| Suzuki Motor De Colombia S.A. |
| Suzuki Motor De Mexico, S.A. De C.V. |
| Suzuki Servicios de Mexico, S.A. de C.V. |

| As of March 31, 2007<br>SMC Affiliates located outside of Japan |
|---|
| Arctic Cat Inc. |
| Cami Automotive Inc. |
| Suzuki Motor Czech S.R.O. |
| Suzuki Servicio Financiero |
| Suzuki Financial Services Ltd. |
| Magyar Toyo Seat KFT. |
| Suzuki Automobile Schweiz AG |
| Chongqing Changan Suzuki Automobile Co., Ltd. |
| Jiangxi Changhe Suzuki Automobile Co., Ltd. |
| Jinan Qingqi Suzuki Motorcycle Co., Ltd. |
| Taiwan Suzuki Automobile Corp. |
| Suzuki Service (Thailand) Co., Ltd. |
| Vietnam Suzuki Corporation |
| Krishna Maruti Ltd. |
| Machino Plastics Limited |
| Bharat Seats Limited |
| Maruti Countrywide Auto Financial Service Ltd. |
| J.J. Impex (Delhi) Ltd. |
| Mark Exhaust System Ltd. |
| Climate Systems India Ltd. |
| Mark Auto Industries Ltd. |
| Jay Baharat Maruti Limited |
| Citicorp Maruti Finance Ltd. |
| Caparo Maruti Limited |
| Bellsonica Auto Component India Private Ltd. |
| OMC Suzuki Sales Co., Ltd. |
| Canley Traders Corporation |
| PT Suzuki Finance Indonesia |
| GM Daewoo Auto & Technology Company |
| Tai Ling Motor Co., Ltd. |
| Suzuki Egypt S.A.E. |

| |
|---|
| Siam Bance Leasing (2002) Company Limited |
| Santiphab Suzuki Lao Factory |
| Subros Limited |
| Chongqing Wangjiang Suzuki Engine Co., Ltd. |
| General Motors Colmotores S.A. |
| General Motors de Argentina S.A. |
| General Motors Corporation |

| As of March 31, 2007 SMC Subsidiaries located in Japan |
|---|
| Suzuki Motor Sales Hokkaido Inc. |
| Asahikawa Suzuki Motor Sales Inc. |
| Suzuki Motor Sales Aomori Inc. |
| Suzuki Motor Sales Iwate Inc. |
| Suzuki Motor Sales Yamagata Inc. |
| Suzuki Motor Sales Miyagi Inc. |
| Suzuki Motor Sales Sendai Inc. |
| Suzuki Motor Sales Fukushima Inc. |
| Suzuki Motor Sales Ibaragi Inc. |
| Suzuki Motor Sales Tochigi Inc. |
| Suzuki Motor Sales Gunma Inc. |
| Suzuki Motor Sales Saitama Inc. |
| Suzuki Motor Sales Nishisaitama Inc. |
| Suzuki Motor Sales Kanto Inc. |
| Suzuki Motor Sales Chiba Inc. |
| Suzuki Motor Sales Keiyo Inc. |
| Suzuki Motor Sales Tokyo Inc. |
| Suzuki Motor Sales Minami Tokyo Inc. |
| Suzuki Motorcycle Sales (Higashi Nihon) Inc. |
| Suzuki Motor Sales Kanagawa Inc. |
| Suzuki Motor Sales Syonan Inc. |
| Suzuki Motor Sales Niigata Inc. |
| Suzuki Motor Sales Shizuoka Inc. |
| Suzuki Motor Sales Hamamatsu Inc. |
| Suzuki Motor Sales Tokai Inc. |
| Suzuki Motor Sales Chubu Inc. |
| Suzuki Motor Sales Mie, Inc. |
| Suzuki Motor Sales Nagano Inc. |
| Suzuki Motor Sales Nanshin Inc. |
| Suzuki Motor Sales Hokuriku Inc. |
| Suzuki Motor Sales Toyama Inc. |
| Suzuki Motor Sales Shiga Inc. |
| Suzuki Motor Sales Kyoto Inc. |
| Suzuki Motor Sales Kinki Inc. |

| |
|---|
| Suzuki Motorcycle Sales (Nishi Nihon) Inc. |
| Suzuki Motor Sales Kansai Inc. |
| Suzuki Motor Sales Hyogo Inc. |
| Suzuki Motor Sales Himeji Inc. |
| Suzuki Motor Sales Nara Inc. |
| Suzuki Motor Sales Wakayama Inc. |
| Suzuki Motor Sales Kagawa Inc. |
| Suzuki Motor Sales Tokushima Inc. |
| Suzuki Motor Sales Matsuyama Inc. |
| Suzuki Motor Sales Kochi Inc. |
| Suzuki Motor Sales Tottori Inc. |
| Suzuki Motor Sales Shimane Inc. |
| Suzuki Okayama Motor Sales Inc. |
| Suzuki Motor Sales Hiroshima Inc. |
| Suzuki Motor Sales Yamaguchi Inc. |
| Suzuki Motor Sales Fukuoka Inc. |
| Suzuki Motor Sales Saga Inc. |
| Suzuki Motor Sales Nagasaki Inc. |
| Suzuki Motor Sales Kumamoto Inc. |
| Suzuki Motor Sales Ohita Inc. |
| Suzuki Motor Sales Miyazaki Inc. |
| Suzuki Motor Sales Kagoshima Inc. |
| Suzuki Motor Sales Okinawa Inc. |
| Suzuki Seimitu Industries Co., Ltd. |
| Suzuki Akita Auto Parts Mfg. Co., Ltd. |
| Suzuki Hamamatsu Auto Parts Mfg. Co., Ltd. |
| S. Tech Co., Ltd. |
| Enshu Seiko Co., Ltd. |
| Snic Co., Ltd. |
| Suzuki Toyama Auto Parts Mfg. Co., Ltd. |
| Hamamatsu Pipe Co., Ltd. |
| Suzuki Kasei Co., Ltd. |
| Suzuki Marine Co., Ltd. |
| Suzuki Business Co., Ltd. |
| Suzuki Transportation & Packing Co., Ltd. |
| Bell Art Co., Ltd. |
| Suzuki Nousei Center Co., Ltd. |
| Suzuki Support Co., Ltd. |
| Suzuki Finance Co., Ltd. |

| As of March 31, 2007<br>SMC Affiliate Companies located in Japan |
|---|
| Hamana Parts Manufacturing Co., Ltd. |
| Bellsonica Co., Ltd. |
| Suzuki Sports Co., Ltd. |

/s/ John D. Mayo
One of the Attorneys for Defendant,
Suzuki Motor Corporation

OF COUNSEL:
Jere F. White, Jr. (WHITJ1759)
S. Andrew Kelly (KELLS3760)
John D. Mayo (MAYOJ2469)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael G. Strickland, Esq.
Blaine C. Stevens, Esq.
Strickland & Kendall, LLC
420 South Lawrence Street
Montgomery, AL 36104

Jock M. Smith, Esq.
Brian P. Strength, Esq.
Valerie R. Russell, Esq.
Cochran, Cherry, Givens & Smith, P.C.
PO Box 830419
Tuskegee, AL 36083

Stanley A Martin
S. Allen Martin Jr.
P.O. Box 2526
Opelika, AL 36803

Lindsay B. Erwin
Meachem, Earley and Fowler, P.C.
5704 Veterans Parkway
Columbus, GA 31904

Tabor R. Novak, Jr.
Ball, Ball, Mathews & Novak, P.A.
P.O. box 2148
Montgomery, AL 36102

Respectfully submitted,

/s/ John D. Mayo
Of Counsel