IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MORRIS MITCHELL, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   CASE NO. 3:07-CV-418-MEF |
| | ) |
| **AMERICAN SUZUKI MOTOR** | ) |
| **CORPORATION, et al.,** | ) |
| | ) |
| Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT

**COME NOW** Morris Mitchell and Denise Mitchell, the Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    _X_    This party is an Individual, or

    ___    This party is a governmental entity, or

    _X_    There are no entities to be reported, or

    ___    The following entitles and their relationship to the party are hereby reported:


/s/ Michael G. Strickland
**MICHAEL G. STRICKLAND (STR032)**
Attorney for Plaintiffs

**OF COUNSEL:**
**STRICKLAND & KENDALL, L.L.C.**
2740 Zelda Road Ste 500 [36106]
P.O. Box 99
Montgomery, AL  36101-0099
(334) 269-3230
(334) 269-3239 / fax

## CERTIFICATE OF SERVICE

       I hereby certify that I electronically filed the foregoing using the CM/ECF which will send notification of such filing to the following on this the 7th day of December, 2007:

Jere F. White, Jr.
S. Andrew Kelly
John D. Mayo
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200

Stanley A. Martin
S. Allen Martin, Jr.
P.O. Box 2526
Opelika, AL 36803

Lindsay B. Erwin
Meacham, Earley & Fowler, P.C.
5704 Veterans Parkway
Columbus, GA 31904

Tabor R. Novak, Jr.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Al 36102-2148

                                          /s/ Michael G. Strickland
                                          OF COUNSEL